| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**POLSINELLI PC**<br>Jason A. Nagi<br>600 3rd Avenue, 42nd Floor<br>New York, New York 10016<br>Telephone: (212) 684-0199<br>Facsimile: (212) 684-0197<br>jnagi@polsinelli.com<br><br>*Counsel to KeyBank, N.A.* | Hearing Date: July 30, 2020 at 11:30 a.m. ET<br>Related to Docket No. 12 |
| In re:<br><br>HKO 3, LLC,<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-18601 (VPP) |

## CERTIFICATEOF SERVICE

I, Deborah Andreacchi, am the paralegal employed by Polsinelli PC, counsel to

KeyBank, N.A. in the above-captioned matter.

On July 29, 2020, I delivered a copy of the documents listed below to the parties listed on

the attached list.

1. *Reservation of Rights of Keybank, N.A. with Respect to Motion Pursuant to 11 U.S.C. §§ 105, 363(C)(2)(b), 363€, 507(b), Fed. Bankr. P. 4001(b), and D.N.J.L.B.R. 4001-4 for Interim and Final Orders Authorizing Use of Cash Collateral*

I certify under penalty of perjury that the above documents were delivered using the

mode of service indicated.

Dated: July 29, 2020                                  */s/ Deborah Andreacchi*
                                                                                    Deborah Andreacchi

| **Debtor**<br>HKO 3 LLC<br>Attn: Jack Co<br>225 Curley Court<br>Paramus, NJ  07652<br>**Via U.S. Mail** | **Counsel for Debtor**<br>Sari Blair Placona<br>Anthony Sodono, III<br>McManimon Scotland & Baumann, LLC<br>75 Livingston Ave., #201<br>Roseland, NJ  07068<br>**Email**: splacona@msbnj.com<br>asodono@msbnj.com | **Office of the U.S. Trustee**<br>One Neward Center, #2100<br>Newark, NJ  07102<br>**Email**:<br>Benjamin.Teich@usdoj.gov |
|---|---|---|
| **Internal Revenue Service**<br>c/o Ruth Ayling<br>51 Haddonfield Rd., #300<br>Cherry Hill, NJ  08002<br>**Via U.S. Mail** | **City of Newark Water**<br>920 Broad St.<br>Newark, NJ  07102<br>**Via U.S. Mail** | **PSE&G**<br>c/o Vilna Gaston<br>80 Park Plaza<br>Newark, NJ  07102-4109<br>**Via U.S. Mail** |
|  |  |  |

74341092.1