Form 170 − ntchrgdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 20−18601−VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    HKO 3, LLC
    225 Curley Court
    Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
    22−3559898

## NOTICE OF HEARING ON DISMISSAL OF CASE

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Jason A. Nagi on behalf of Key Bank, N.A.

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

   ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

   ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

   ☐    The corporate debtor is self−represented.

   ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Vincent F. Papalia on,

Date: 12/8/20
Time: 10:00 AM
Location: Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: November 16, 2020
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
HKO 3, LLC  

Debtor(s)

Case No. 20-18601-VFP  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Nov 16, 2020     Form ID: 170     Total Noticed: 23

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | HKO 3, LLC, 225 Curley Court, Paramus, NJ 07652-1632 |
| aty | + | McMANIMON, SCOTLAND & BAUMANN, LLC,, 75 Livingston Avenue, Second Floor, Roseland, NJ 07068-3701 |
| cr | + | Key Bank, N.A., c/o Jason A. Nagi, Polsinelli PC, 600 Third Avenue, New York, NY 10016-1901 |
| 518897307 | + | 114-116 Washington Ave. Condo, c/o Particia Associates Management, 552 Franklin Ave, Nutley, NJ 07110-1720 |
| 518897308 | + | City of Newark, 920 Broad Street, Newark, NJ 07102-2660 |
| 518897309 | + | Division of Taxation, 124 Halsey Street, Second Floor, Newark, NJ 07102-3017 |
| 518897310 | + | E-Tree, Inc., 1420 Sterling Blvd., Englewood, NJ 07631-4825 |
| 518897315 | + | Jack & Ellie Ko, 225 Curley Court, Paramus, NJ 07652-1632 |
| 518897316 | + | Kareem Adeem, Dir., Water & Sewer Utilit, 920 Broad Street, Newark, NJ 07102-2660 |
| 518897317 | + | Kenyatta Stewart Esq., 920 Broad Street, Newark, NJ 07102-2660 |
| 518897319 | | Office of the Attorney General, Division of Law, PO Box 080, Trenton, NJ 08625-0080 |
| 518897321 | + | PSE&G, Attn: Vilna Gaston, Esq., 80 Park Plaza, Newark, NJ 07102-4194 |
| 518897318 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, New Jersey Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518897323 | + | State of New Jersey, Division of Taxation-Gross Income Tax, 50 Barrack Street, PO Box 269, Trenton, NJ 08602-0269 |
| 518897322 | + | State of New Jersey, Division of Taxation, Sales & Use Tax, PO Box 999, Trenton, NJ 08606-0999 |
| 518897325 | + | State of New Jersey, 25 Market Street, 1st Floor West, Trenton, NJ 08611-2148 |
| 518897324 | + | State of New Jersey, Department of Labor, Division of Employer Accounts, PO Box 379, Trenton, NJ 08625-0379 |
| 518990724 | | U.S. Bank National Association, as Trustee, c/o Jason A. Nagi, Polsinelli PC, 900 West 48th Place, Suite 900, New York, NY 10016 |
| 518897327 | | US Bank National Association, as Trustee for Sutherland Grantor Trust,, c/o Polsinelli PC, 600 3rd Avenue, 42nd Street, New York, NY 10016 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 16 2020 22:23:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2020 22:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 16 2020 22:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518897326 | + | Email/Text: usanj.njbankr@usdoj.gov | Nov 16 2020 22:24:00 | United States Attorney, 970 Broad Street, Fifth Floor, Newark, NJ 07102-2527 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518897312 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 16, 2020 | Form ID: 170 | Total Noticed: 23 |

| | | |
|---|---|---|
| | | 19101-7346, address filed with court:, Internal Revenue Service, Attn: District Director, 955 South Springfield Avenue, Springfield, NJ 07081 |
| 518897313 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Office of the Chief Counsel, One Newark Center, Suite 1500, Newark, NJ 07102 |
| 518897314 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518897311 | * | Internal Revenue Service, Special Procedures Branch, Attention: Bankruptcy Section, PO Box 744, Springfield, NJ 07081-0744 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2020            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

**Name** — **Email Address**

Anthony Sodono, III
on behalf of Debtor HKO 3  LLC asodono@msbnj.com

Benjamin Teich
on behalf of U.S. Trustee U.S. Trustee Benjamin.Teich@usdoj.gov

Jason A. Nagi
on behalf of Creditor Key Bank  N.A. jnagi@polsinelli.com, tbackus@polsinelli.com

Sari Blair Placona
on behalf of Debtor HKO 3  LLC splacona@msbnj.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5